BROTHERHOOD WINE COMPANY, Claimant, *v.* THE STATE OF NEW YORK.

## Claim No. 16514.

(State of New York, Court of Claims, May, 1921.)

*Court of Claims — jurisdiction — notice of intention must be filed within six months of accrual of claim.*

CLAIM for return of excess liquor tax.

Palmer & Serles (Leslie Reid, of counsel), for claimant.

Porter L. Merriman, Deputy Attorney-General, for state.

CORWIN, J. The claimant, on June 27, 1918, paid a tax assessed against it pursuant to the provisions of section 9-a of the Liquor Tax Law (Laws of 1917, chap. 623), which tax it alleges was assessed at an

amount in excess of that actually due. This claim is to recover the alleged excess.

The claim, if any, accrued on the date the tax was paid, June 27, 1918. The notice of intention herein was filed March 5, 1919, more than six months after the accrual of the claim. This court is therefore without jurisdiction and the claim must be dismissed. *Buckles* v. *State of New York,* 221 N. Y. 418.

ACKERSON, P. J., concurs.

Claim dismissed.